**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:26-mj-2392-AEP | **DATE:** | July 7, 2026 |
| **HONORABLE ANTHONY E. PORCELLI** | | **INTERPRETER:** | X. Keough sworn |
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVIER JUSTO-CORTEZ | | **LANGUAGE:** | spanish |
| | | **GOVERNMENT COUNSEL**<br>Erik Daab AUSA | |
| | | **DEFENSE COUNSEL**<br>Ryan Maguire AFPD | |
| **COURT REPORTER:** digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:** 2:08 to 2:34 | **TOTAL:** 26 MIN | **PRETRIAL:** | C. Cohen |
| | | **COURTROOM:** | 10A |

**PROCEEDINGS:   INITIAL APPEARANCE – Preliminary hearing**

**DEFENDANTS PRESENT          ARREST DATE: July 7, 2026**

Defendant provided with a copy of the complaint.

Court summarized charges and advises defendants of Rule 5 rights.

Financial Affidavits filed.
Oral motion for appointment of counsel.    Oral motion granted. Public Defender's office is appointed.

Preliminary hearing HELD.    Agent Ciolek sworn.

Probable cause found.

BOND:   GOVERNMENT, moves for detention.

        DEFENDANT, moves for bond, community ties, family ties, seeking asylum.

COURT:    Bond is denied; defendant is remanded. The court will revisit if there is a statute of limitations issue.

Due process order to be entered.

DEFENDANT remanded to custody of USMS