UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:26-MJ-2392-AAS

JAVIER JUSTO-CORTEZ

_____/

## ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the Defendant pending trial in this case.

The Defendant stands charged in a criminal complaint for re-entry into the United States by an alien in violation of 8 U.S.C. § 1326(a). The United States requested that the Defendant be detained as a serious risk of flight, and the Defendant requested that the Court fashion conditions of release.

Based upon the proffers and arguments of the parties,[1] I am satisfied by clear and convincing evidence that there are no conditions available to the Court that will assure that the Defendant is not a risk of flight. For reasons stated on the record, specifically including the Defendant's criminal history, and the strength of the evidence of the case, the Court finds that there are no conditions available at this time

---

[1] "The rules concerning admissibility of evidence in criminal trials do not apply to the presentation and consideration of information at the [detention] hearing." 18 U.S.C. § 3142(f). *See* 18 U.S.C. § 3142(g) for the factors to be considered.

to ensure that the Defendant would not be a serious risk of flight or a danger to the community should he be released and accordingly he is ordered **DETAINED**.

The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On Order of a Court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**Done and Ordered** in Tampa, Florida this 8th day of July 2026.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

Copies furnished to:

Attorneys of Record
Pretrial Services
U.S. Marshal