**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.**                                                   **Case No.: 8:26-MJ-2392 AAS**

**JAVIER JUSTO-CORTEZ**

_____ /

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Office of the Federal Defender has been appointed by the Court to

represent the Defendant, JAVIER JUSTO-CORTEZ, in the above-styled cause.

The Clerk is requested to enter the appearance of YAMILETTE ALVAREZ,

Assistant Federal Defender, as counsel for the Defendant.   The Clerk is requested to

withdraw the name of RYAN MAGUIRE, Assistant Federal Defender, as notice

counsel for the Defendant.

DATED this 9th day of July 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Yamilette Alvarez
Yamilette Alvarez, Esq.
Assistant Federal Public Defender
Florida Bar# 1018448
400 North Tampa Street, Suite 2700
Tampa, FL. 33602
Telephone: 813-228-2715
Email: Yamilette_Alvarez@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of July 2026, a true and correct copy of the foregoing was furnished by CM/ECF to with the Clerk of the Court, which will send notice of the electronic filing to the following:

Erik Daab, AUSA

/s/ Yamilette Alvarez
Yamilette Alvarez, Esq.
Assistant Federal Public Defender